IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00164-MSK

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. RICHARD SANTIAGO, a/k/a Chuco,

Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service

requiring the United States Marshal to produce Richard Santiago, a/k/a Chuco, DOB: 1960,

before a United States Magistrate Judge forthwith for proceedings and appearances upon the

charges in the Indictment, and to hold him at all times in the United States Marshal's custody as

an agent of the United States of America until final disposition of the defendant's case, and

thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 31st day of March, 2010.

**BY THE COURT:**

_____
Kathleen M. Tafoya
United States Magistrate Judge