**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00164-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD SANTIAGO,
    a/k/a "Chuco,"

    Defendant.

## MINUTE ORDER

**Blackburn, J.**

    On **May 3, 2010**, commencing at **10:00 a.m.** (MDT), the court shall conduct a hearing concerning the status of legal representation for the defendant, Richard Santiago. The court reserves one (1) hour for this hearing. To the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing. The hearing shall be conducted in Courtroom 1001 on the tenth floor of the Alfred A. Arraj United States Courthouse at 901 19th Street, Denver, Colorado 80294.

    Dated: April 26, 2010