**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00164-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD SANTIAGO,
    a/k/a "Chuco,"

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court *sua sponte*. The hearing previously set on May 3, 2010, is **VACATED** and is **CONTINUED** to **May 4, 2010**, commencing at 10:00 a.m. The court reserves one (1) hour for this hearing. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated: April 30, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.