IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00164-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICHARD SANTIAGO, a/k/a Chuco,
2.    SILVESTRE MAYORQUI RIVERA, a/k/a Chikali,

    Defendants.

## ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

**Blackburn, J.**

The matter before me is the **Government's Motion to Disclose Grand Jury Materials under Specified Conditions to the Attorneys for Defendants** [# 39] filed May 5, 2010. After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Government's Motion to Disclose Grand Jury Materials under Specified Conditions to the Attorneys for Defendants** [# 39] filed May 5, 2010, is **GRANTED**;

2. That a copy of the transcripts of the testimony identified in the government's motion and related exhibits shall be disclosed to the attorneys for the defendants for preparation for trial;

3. That defense counsel make only such copies as are necessary to prepare a

defense of this criminal case;

4.  That defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery;

5.  That defense counsel shall deliver a copy of this order with the distribution of any such copies;

6.  That defense counsel shall provide the defendants with reasonable access to the grand jury materials, but that defense counsel shall not allow the defendants to retain copies of any grand jury materials;

7. That no person, other than defense counsel, shall make any copy of the grand jury materials for any purpose; and

8.  That at the conclusion of the case in this court by entry of judgment, defense counsel shall collect all such copies and shall return them to the government within ten days.

Dated May 5, 2010, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge