**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00164-REB-01

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  RICHARD SANTIAGO,
     a/k/a "Chuco,"

     Defendant.

---

**MINUTE ORDER**[1]

---

     On or before **September 20, 2010**, the government shall file a response to the **Motion For Mr. Santiago To Remain at FCI Englewood For at Least Two Days Following His Court Appearance on September 24, 2010** [#145] filed September 8, 2010.

     Dated:  September 9, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.