IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT Of COLORADO

Criminal Case No. 10-cr-00164-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  **RICHARD SANTIAGO,**
    **AKA Chuco**
2.  SILVESTRE MAYORQUI RIVERA,
    AKA Chikali,

      **Defendants.**

---

## RESPONSE TO DEFENDANT'S MOTION FOR MR. SANTIAGO TO REMAIN AT FCI ENGLEWOOD FOR AT LEAST TWO DAYS FOLLOWING HIS COURT APPEARANCE ON SEPTEMBER 24, 2010

---

John F. Walsh, United States Attorney for the District of Colorado, by and through Assistant United States Attorneys Robert E. Mydans and MJ Menendez, files this Response to the above-styled motion filed by defendant, Richard Santiago.

Defendant Richard Santiago requests that this Honorable Court issue an Order that he remain at FCI Englewood for a minimum of two days following his appearance before this Honorable Court on Friday, September 24, 2010 for consultation with out of town counsel, who will be in Denver for the hearing on September 24, 2010. Counsel for the United States does not object to this request. But, because the Bureau of Prisons is ultimately responsible for the housing and location of inmates, it is necessary to consult with the Bureau of Prisons as well. Having done that, the position of the Bureau of Prisons is as follows. The Bureau of Prisons is cognizant of the need for

counsel to meet and confer with the defendant.  The defendant will already be in the Denver area for the hearing before this Honorable Court on September 24, 2010.  The Bureau of Prisons has no objection to the defendant remaining at FCI Englewood for a period of time not to exceed two additional days for out of town counsel to meet and confer with the defendant.

The hearing scheduled for September 24, 2010 is based upon a motion filed by both defendants Santiago and Rivera to be transferred to FCI Englewood pending resolution of the above-styled indictment.  The United States, to include the Bureau of Prisons, objects to that motion and such a transfer, maintaining that placement of inmates and security issues within the Bureau of Prisons remains with the Bureau of Prisons.  As a result, the United States and the Bureau of Prisons, by not objecting to this additional two day stay at FCI Englewood, does not change it's position on the underlying motion set for hearing on September 24, 2010 and is not in any way agreeing or acquiescing to that motion.  In fact, the United States still adamantly opposes such a request, maintaining that placement of inmates and security issues within the Bureau of Prisons ought to remain with the Bureau of Prisons.

WHEREFORE, for the reasons stated above, the United States does not oppose defendant's Santiago's motion to remain for two additional days at FCI Englewood following the hearing before this Honorable Court on September 24, 2010.

JOHN F. WALSH
United States Attorney

By: *s/ Robert E. Mydans*
ROBERT E. MYDANS

By: *s/ M.J. Menendez*
M.J. MENENDEZ

Assistant United States Attorneys
1225 17th Street, Suite 700
Denver, CO 80202
303-454-0100
Fax 303-454-0403
Email: Bob.Mydans@usdoj.gov
Email: MJ.Menendez@usdoj.gov
Attorneys for the United States

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I hereby certify that on this 16th day of September, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David A. Lane
Killmer, Lane & Newmann, LLP
dlane@kln-law.com


Patrick J. Burke
Patrick J. Burke, P.C.
Patraick-J-Burke@msn.com


Michael Gary Root
Michael G. Root, Attorney at Law
mroot@mikerootlaw.com

**Ellen Mary Barry**
Email: ellen@ellenbarrylaw.com


s/ Deborah Sisung
Deborah Sisung
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Email: deborah.sisung@usdoj.gov