# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00164-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RICHARD SANTIAGO,
      a/k/a "Chuco,"

      Defendant.

---

## MINUTE ORDER[1]

---

The matter is before the court *sua sponte*.  Defendant has filed its **Declaration of Counsel in Support of Motion To Have Defendant Housed At FCI Englewood To Permit Adequate Access To Discovery** [#155] September 22, 2010.  Pursuant to the court's **Hearings Scheduling Order** [#92] entered June 30, 2010, replies to the government's **Response To Motions To Insure Access to Counsel Pursuant to the Sixth Amendment** [#86] filed June 28, 2010, were to be filed by July 23, 2010.  There being no motion for leave of court to file the reply out of time, the declaration, filed as a reply, should be stricken.

**THEREFORE, IT IS ORDERED** that defendant's **Declaration of Counsel in Support of Motion To Have Defendant Housed At FCI Englewood To Permit Adequate Access To Discovery** [#155] September 22, 2010, is **STRICKEN**.

Dated:  September 22, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.