**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00164-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD SANTIAGO,
    a/k/a Chuco,

    Defendant.

---

### MINUTE ORDER[1]

---

By **January 26, 2011**, the government shall file a response to defendant's **Motion To Ensure Defendant's Access To Discovery and Counsel Pursuant To The Fifth and Sixth Amendments** [#225] filed January 11, 2011.

Dated: January 12, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.