**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT Of COLORADO**

Criminal Case No.  10-CR-00164-REB

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

v.

1.  **RICHARD SANTIAGO,**
      **AKA Chuco**
2.  **SILVESTRE MAYORQUI RIVERA,**
      **AKA Chikali**

       **Defendants.**

---

**SUPERSEDING INDICTMENT**

    **Count 1 - Murder By a Federal Prisoner; 18 U.S.C. §§ 1118**
    **Count 2 - Murder in the First Degree; 18 U.S.C. §§ 1111(a) & 2(a)**

---

The Grand Jury charges:

**COUNT 1**
**[18 U.S.C. § 1118, Murder By a Federal Prisoner]**

On or about April 21, 2005, in the State and District of Colorado, **RICHARD SANTIAGO**, AKA Chuco, the Defendant herein, while confined in a federal correctional institution, to wit: the United States Penitentiary, Administrative Maximum Security, located in Florence, Colorado, under a sentence for a term of life imprisonment, did unlawfully, willfully, deliberately, maliciously and under premeditation and malice aforethought kill Manuel Torrez, a human being, AKA Tati.

All in violation of Title 18, United States Code, Section 1118.

## COUNT 2
### [18 U.S.C. §§ 1111(a) and 2(a) - Murder in the First Degree]

On or about April 21, 2005, in the State and District of Colorado and within the special maritime and territorial jurisdiction of the United States as defined in Title 18, United States Code, Section 7(3), namely the United States Penitentiary, Administrative Maximum Security in Florence, Colorado, defendants, **RICHARD SANTIAGO**, AKA Chuco and **SILVESTRE MAYORQUI RIVERA**, AKA Chikali, unlawfully, willfully, deliberately, maliciously and under premeditation and malice aforethought, did kill Manuel Torrez, a human being, AKA Tati, and did intentionally aid and abet each other in the commission of the offense.

All in violation of Title 18, United States Code, Sections 1111(a) and 2(a).

## NOTICE OF SPECIAL FINDINGS

The allegations of Count 1 and Count 2 of this Indictment are hereby re-alleged and incorporated herein by reference as if fully set forth.

As to Count 1 Count 2, the Defendant RICHARD SANTIAGO:

1. Was more than 18 years of age at the time of the offense (18 U.S.C. § 3591(a));
2. Intentionally killed the victim (18 U.S.C. § 3591(a)(2)(A));
3. Intentionally inflicted serious bodily injury that resulted in the death of the victim (18 U.S.C. § 3591(a)(2)(B));
4. Intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than a participant in the offense, and the victim died as a direct result of the

          act (18 U.S.C. § 3591 (a)(2)(C));

5. Intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than a participant in the offense, such that participation in the act constituted a reckless disregard for human life and the victim died as a direct result of the act (18 U.S.C. § 3591 (a)(2)(D));

6. The death or injury resulting in death, occurred during the commission or attempted commission of, or during the immediate flight from the commission of an offense under 18 U.S.C. § 1118 (prisoner serving a life term) (18 U.S.C. § 3592(c)(1));

7. The defendant has previously been convicted of a Federal or State offense punishable by a term of imprisonment of more than 1 year, involving the use or attempted or threatened use of a firearm (as defined in section 921) against another person (18 U.S.C. §3592(c)(2);

8. The defendant has previously been convicted of another Federal or State offense resulting in the death of a person, for which a sentence of life imprisonment or a sentence of death was authorized by statute (18 U.S.C. § 1118) (18 U.S.C. § 3592 (c)(3));

9. The defendant has previously been convicted of 2 or more Federal or State offenses, punishable by a term of imprisonment of more than 1 year, committed on different occasions, involving the infliction of, or attempted infliction of, serious bodily injury or death upon another person (18 U.S.C. § 3592(c)(4);

10. The defendant committed the offense in an especially heinous, cruel, or depraved

        manner in that it involved serious physical abuse to the victim (18 U.S.C. § 3592(c)(6)).

11. The defendant committed the offense after substantial planning and premeditation to cause the death of a person or commit an act of terrorism (18 U.S.C. § 3592(c)(9)).

12. The victim was particularly vulnerable due to old age, or infirmity (18 U.S.C. § 3592(c)(11)).

All pursuant to Title 18, United States Code, Sections 3591 and 3592.

## NOTICE OF SPECIAL FINDINGS

The allegations of Count 2 of this Indictment are hereby re-alleged and incorporated herein by reference as if fully set forth.

As to Count 2, the Defendant SILVESTRE MAYORQUI RIVERA:

1. Was more than 18 years of age at the time of the offense (18 U.S.C. § 3591(a));

2. Intentionally killed the victim (18 U.S.C. § 3591(a)(2)(A));

3. Intentionally inflicted serious bodily injury that resulted in the death of the victim (18 U.S.C. § 3591(a)(2)(B));

4. Intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than a participant in the offense, and the victim died as a result of the act (18 U.S.C. § 3591 (a)(2)(C));

5. Intentionally and specifically engaged in an act of violence, knowing that the act

        created a grave risk of death to a person, other than a participant of the offense, such that participation in the act constituted a reckless disregard for human life and the victim died as a direct result of the act (18 U.S.C. § 3591 (a)(2)(D));

6. The defendant has previously been convicted of a Federal or State offense punishable by a term of imprisonment of more than 1 year, involving the use or attempted or threatened use of a firearm (as defined in section 921) against another person (18 U.S.C. § 3592(c)(2));

7. The defendant committed the offense in an especially heinous, cruel, or depraved manner in that it involved serious physical abuse to the victim (18 U.S.C. § 3592(c)(6)).

8. The defendant committed the offense after substantial planning and premeditation to cause the death of a person or commit an act of terrorism (18 U.S.C. § 3592(c)(9)).

9. The victim was particularly vulnerable due to old age, or infirmity (18 U.S.C. § 3592(c)(11)).

All pursuant to Title 18, United States Code, Sections 3591 and 3592.

                                A TRUE BILL:

                              Ink signature on file in the Clerk's Office
                              FOREPERSON

JOHN F. WALSH

United States Attorney

By: *s/ Robert E. Mydans*
ROBERT E. MYDANS

By: *s/ M.J. Menendez*
M.J. MENENDEZ

Assistant United States Attorneys
1225 17th Street, Suite 700
Denver, CO 80202
303-454-0100
Fax 303-454-0403
Email: Bob.Mydans@usdoj.gov
Email: MJ.Menendez@usdoj.gov
Attorneys for the United States