**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Date:                  November 2, 2011

Deputy Clerk:          Nel Steffens
Court Reporter:        Suzanne Claar

**Criminal Action No.  10-cr-00164-REB**

*Parties:*                                              *Counsel:*

UNITED STATES OF AMERICA,                               Robert Mydans
                                                        M.J. Menendez
        Plaintiff,                                      Jeffrey Kahan

v.

1.  RICHARD SANTIAGO,                                   Ellen Barry
        a/k/a Chuco,                                    Jeffrey Pagliuca
2.  SILVESTRE MAYORQUI RIVERA,                          David Lane
        a/k/a Chikali,                                  Kathryn Stimson

        Defendants.

**COURTROOM MINUTES**

**Continued Motions Hearing on #349 and #350**

**1:48 p.m.     Court in session.**

Appearances of counsel.  Mr. Pagliuca and Ms. Stimson appear by video teleconference from ADX Florence, Colorado.

Defendants appear by video teleconference from ADX Florence, Colorado.

Opening statements by the court.

Court addresses **Defendant Santiago's Motion To Sever Defendants** [#349] filed May 20, 2011, and **Defendant Rivera's Motion To Sever Defendants** [#350] filed May 20,

2011.

Court's findings and conclusions.

**IT IS ORDERED** as follows:

1. That **Defendant Santiago's Motion To Sever Defendants** [#349] filed May 20, 2011, is **GRANTED**;

2. That **Defendant Rivera's Motion To Sever Defendants** [#350] filed May 20, 2011, is **GRANTED**;

3. That under Fed. R. Crim. P 14A, defendants Santiago and Rivera are severed and shall be tried separately;

4. That the court shall fashion and enter orders requiring and facilitating separate pretrial and trial scheduling orders.

Discussion regarding pretrial scheduling orders.

**IT IS FURTHER ORDERED** as follows:

5. That counsel shall respond in writing within ten days to the court's proposed protocol for setting pretrial scheduling.

Discussion regarding additional excludable Speedy Trial time.

**IT IS FURTHER ORDERED** as follows:

6. That counsel shall also respond in writing within ten days to the court's proposed exclusion of an additional 180 days from the calculation of time under the Speedy Trial Act.

The court will issue an initial scheduling order

**2:10 p.m.     Court in recess.**

Total time in court:   00:22

Hearing concluded.