**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 10-cr-00164-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.    RICHARD SANTIAGO,**
2.    SILVESTRE MAYORQUI RIVERA,

    Defendants.

---

### DEFENDANT SANTIAGO'S PROPOSED PROTOCOL FOR SETTING PRETRIAL SCHEDULING

---

Pursuant to the Court's Order of November 2, 2011, Defendant, Richard Santiago, through undersigned counsel, submits the following proposed protocol for setting pretrial scheduling:

Mr. Santiago respectfully suggests that this trial commence no sooner than 180 days following the verdict in the trial of Mr. Rivera, so that any potential new or renewed motions, jury selection issues, and other pre-trial *in limine* motions impacting the presentation of evidence may be addressed.

The government has informed Mr. Santiago that it intends to proceed with the trial of Mr. Rivera prior to the trial of Mr. Santiago. Mr. Santiago, however, is not aware of any agreement concerning the scheduling of Mr. Rivera's trial. Accordingly, Mr. Santiago believes that it would be premature to suggest a potential trial date in this

matter. Mr. Santiago anticipates that, absent any unforseen delay, this matter will be postured for trial in late 2013. As a result, some of the proposed filing dates anticipate that motions should be filed in a particular time period prior to trial.

| Type of Motion | Motion Filing Deadline | Response Filing Deadline |
|---|---|---|
| Fed.R.Crim.P. 12(b)(3)(E) (Motion for Discovery) | June 25, 2012 | 30 days after filing and service |
| Fed.R.Crim.P. 12(b)(3) | September 24, 2012 | 30 days after filing deadline |
| Fed.R.Crim.P. 12 | 120 days prior to trial | 30 days after filing deadline |
| 18 U.S.C. § 3501 (Voluntariness of Confessions) | June 25, 2012 | 30 days after filing deadline |
| Motions To Suppress Evidence Under 4th, 5th, 6th Amendments | June 25, 2012 | 30 days after filing deadline |
| Notices Regarding Expert Designation | Government: 120 days prior to trial | Defense: 45 days after government disclosure |
| Daubert Motions Re: Experts | 60 days following disclosure | 30 days after filing deadline |
| Fed.R.Evid. 609(a)(1) | 60 days prior to trial | 30 days after filing deadline |
| Fed. R. Evid. 404(b) | 120 days prior to trial | 30 days after filing deadline |
| Fed. R. Evid. 801(d)(2)(E) | 120 days prior to trial | 30 days after filing deadline |
| **PENALTY PHASE** | | |
| Motions to Strike/Dismiss Special Findings | September 24, 2012 | 30 days after filing deadline |
| Constitutional Challenges to Death Penalty | June 25, 2012 | 30 days after filing deadline |
| **JURY SELECTION AND JURY VOIR DIRE** | | |
| Motions related to jury selection procedures | 90 days prior to trial | Objections due 30 days thereafter |
| Proposed jury questionnaires | 60 days prior to trial | Objections due 30 days thereafter |

Mr. Santiago further suggests that, following the conclusion of the trial of co-defendant Silvestre Rivera, the court conduct a telephonic scheduling conference to set a status conference to address issues which the parties may contend will require further motions, such as renewed discovery motions, and motions which may become

necessary as a result of evidence adduced at Mr. Rivera's trial, which were not contemplated by the parties prior to the trial of Mr. Rivera

Respectfully submitted this 25th day of November, 2011.

*s/ Jeffrey Pagliuca*_____
Jeffrey S. Pagliuca
HADDON, MORGAN AND FOREMAN, P.C.
300 East 10th Avenue
Denver, CO 80203
Telephone: (303) 831-7364
Facsimile: (303) 832-2628
jpagliuca@hmflaw.com

*s/ Ellen M. Barry*_____
Ellen M. Barry
ELLEN M. BARRY, ATTORNEY AT LAW
530 South Hewitt Street, #555
Los Angeles, CA 90013
Telephone: (213) 621-1662
Facsimile: (213) 621-1644
ellen@ellenbarrylaw.com

*Counsel for Defendant Richard Santiago*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of November, 2011, I electronically filed the foregoing **DEFENDANT SANTIAGO'S PROPOSED PROTOCOL FOR SETTING PRETRIAL SCHEDULING** with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record, including the following:

AUSA Robert Mydans
Bob.mydans@usdoj.gov

AUSA Mary Jo Menendez
m.j.menendez@usdoj.gov

Jeffrey Bradford Kahan
jeffrey.kahan@usdoj.gov

David Lane
dlane@kln-law.com

Kathryn J. Stimson
kathryn@stimsondefense.com

                                             s/ Angela Duran