IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00164-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD SANTIAGO,
    a/k/a Chuco,

    Defendant.

---

**ORDER APPROVING DEFENDANT SANTIAGO'S PROPOSED
PROTOCOL FOR SETTING PRETRIAL SCHEDULING**

---

**Blackburn, J.**

The matter before me is **Defendant Santiago's Proposed Protocol for Setting Pretrial Scheduling** [#459], filed November 25, 2011. The proposal comes in response to my requirement, entered at the time of the hearing on defendant's motion to sever, that the parties submit proposed protocols for the setting of pretrial scheduling. (*See* **Courtroom Minutes** ¶ 5 at 2 [#442], filed November 2, 2011.) Having reviewed the submission, I find and conclude that it is well-taken, and should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant Santiago's Proposed Protocol for Setting Pretrial Scheduling** [#459], filed November 25, 2011, is **APPROVED** and **ADOPTED**, and that the proposed deadlines set forth therein shall be **IMPLEMENTED** by the court in a subsequent order; and

2. That the **Minute Order** [#469], filed December 21, 2011, is **WITHDRAWN** and the telephonic motions setting hearing conference set for **January 5, 2012**, at **10:00 a.m.**, is therefore **VACATED** and **CONTINUED** without date, pending further order of this court.

Dated December 28, 2011, at Denver, CO.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge