IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00164-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD SANTIAGO,
    a/k/a Chuco,

    Defendant.

# ORDER

**Blackburn, J.**

The matter is before me for preliminary consideration of **Defendant Santiago's Motion for Production of Material and Information Concerning DNA Analysis** [#587][1] filed September 24, 2012. In the response of the government [#629], the government identifies the discovery it will produce and disclose to the defense in response to the motion for discovery [#587]. This order is entered to ascertain the status of the disclosure of that discovery.

**THEREFORE, IT IS ORDERED** that by July 2, 2013, the government **SHALL ADVISE** the court and the defense of the status of the disclosure and production of the discovery identified by the government in its response [#629].

Dated June 18, 2013, at Denver, Colorado.

                              **BY THE COURT:**

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge

---

[1] "[#587]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.