IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00164-REB-01

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. RICHARD SANTIAGO,

 Defendant.

## ORDER RE: 404(b) EVIDENCE

**Blackburn, J.**

 The matter is before me on **Defendant Richard Santiago's Request For Pretrial Notice of Rule 404(b) Evidence** [#589][1] filed September 24, 2012. The government does not oppose the motion. *See* Response [#618] at 1. I grant the motion.

 Mr. Santiago requests reasonable pretrial notice of any evidence the government intends to offer under Fed. R. Evid. 404(b). *See* Motion at 1. Rule 404(b) provides:

> (b) Crimes, Wrongs, or Other Acts.
> (1) Prohibited Uses. Evidence of a crime, wrong, or other act is not admissible to prove a person's character in order to show that on a particular occasion the person acted in accordance with the character.
> (2) Permitted Uses; Notice in a Criminal Case. This evidence may be admissible for another purpose, such as proving motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, or lack of accident. On request by a defendant in a criminal case, the prosecutor must:
> (A) provide reasonable notice of the general nature of any such evidence that the prosecutor intends to offer at trial; and

---

[1] "[#589]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

(B) do so before trial — or during trial if the court, for good cause, excuses lack of pretrial notice.

Thus, under Rule 404(b)(2)(A) and (B), Mr. Santiago is entitled to reasonable pretrial notice.

Considering the totality of relevant circumstances, pretrial notice and disclosure of 120 days is eminently reasonable.[2] Such advance notice and disclosure will provide Mr. Santiago with a reasonable time and opportunity to prepare to meet such evidence by cross-examination or competing evidence.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant Richard Santiago's Request For Pretrial Notice of Rule 404(b) Evidence** [#589] filed September 24, 2012, is **GRANTED**; and

2. That not later than 120 days before trial, the government shall provide the defendant, Richard Santiago, reasonable notice of the general nature of any such evidence it intends to introduce at trial under Fed. R. Evid. 404(b).

Dated June 18, 2013, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

---

[2] Mr. Santiago did not specify or request a deadline for notice under Fed. R. Evid 404(b). The government reads my **Order** [#550] entered June 12, 2012, to require 120 days advance notice. *See* Response [#618] at 1; and Order [#550] at 2.

2