IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE ROBERT E. BLACKBURN

Case No.:  10-cr-00164-REB                                      Date: 3/5/14

Case Caption:  USA v. Richard Santiago, et al.

USA – Plaintiff                                      WITNESS LIST
(Name and Party Designation)

| WITNESS | DATE(S) TESTIFIED |
|---|---|
| Daniel Vollstedt (via VTC) | 3/5/14 @ 9:00 a.m. – VTC |
| Jeff York | 3/5/14 @ 10:30 a.m. |
| Adam Holladay | 3/5/14 @ 1:36 pm |
| Amber Cronan | 3/5/14 @ 2:38 pm |

*Rev. April 15, 2002*