# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00164-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD SANTIAGO,
    a/k/a Chuco,

    Defendant.

# ORDER

**Blackburn, J.**

The matter is before the court *sua sponte.* On October 2, 2014, Mr. Santiago filed a *pro se* motion to proceed *pro se. See* [#932].[1] On October 14, 2014, the court entered a **Minute Order** [#942] setting the motion to proceed *pro se* for hearing on October 31, 2014. During the hearing the court is required to review and discuss with Mr. Santiago, *inter alia*, the crimes with he charged, the essential elements comprising those charges, the possible sentences and penalties, and potential defenses and matters in mitigation. The court enters this order to enlist the assistance of the parties in conducting the required advisement.

**THEREFORE, IT IS ORDERED** as follows:

1. That during the hearing on October 31, 2014, the government shall be

---

[1] "[#932]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

prepared to assist the court as follows:

    a. to read to Mr. Santiago from the **Superseding Indictment** [#267] Count 1, Count 2, and the Notice of Special Findings relevant to Mr. Santiago;

    b. to advise Mr. Santiago of the essential elements required for the commission and conviction for the crimes with which he is charged in Count 1 and Count 2 of the **Superseding Indictment**;

    c. to read to Mr. Santiago the **Notice of Intent To Seek the Death Penalty Pursuant to Title 18 United States Code Section 3593** [#291];

    d. to advise Mr. Santiago of the sentences and penalties that may be imposed for the commission and conviction for the crimes with which he is charged in Count 1 and Count 2 of the **Superseding Indictment**; and

    e. to advise Mr. Santiago of the legal requirements for the imposition of a sentence to death, *i.e.*, the special hearing required by 18 U.S.C. § 3593, and the mitigating and aggravating factors to be considered under 18 U.S.C. § 3592; and

2. That during the hearing on October 31, 2014, defense counsel shall be prepared to assist the court by advising Mr. Santiago of possible defenses, circumstances in mitigation, and lessor included offenses. if any.

Dated October 24, 2014, at Denver, Colorado.

                                  **BY THE COURT:**

                                  */s/ Robert E. Blackburn*
                                  Robert E. Blackburn
                                  United States District Judge