IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Criminal Action: 10-cr-00164-REB-1 | Date: June 8, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                             *Counsel:*

USA,                                                   Mary Jo Menendez
                                                       Jeffrey Kahan
                                                       Valeria Spencer
                                                       Amy Padden

Plaintiff,

v.

RICHARD SANTIAGO,                                      *Pro se*

Defendant.

---

# COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 09:07 a.m.**
Court calls case. Appearances of counsel.

The court advises the parties of the standard it intends to use when deciding the motions. The court addresses preliminary matters from the parties.

This hearing comes before the court in regards to *Defendant Santiago's MOTION [598] for Specific Discovery* and *MOTION [985] for Protective Order for All Documents*.

Discussion regarding *Defendant Santiago's MOTION [598] for Specific Discovery.* The court reviews each disputed discovery request with parties.

**ORDERED:**   The government must produce a new index with code 101 and 104 violations related to ADX from the years 2000-2005 by close of business this week.

The government must produce an index with bates numbers referenced, with those documents that they believe are specifically responsive to request 20 and sub-sections. This shall be produced on or before June 15, 2015.

| | |
|---|---|
| **11:15 a.m.** | IN RECESS |
| **11:24 a.m.** | IN SESSION |

**ORDERED:** In regards to request #44, the government shall provide bates numbers of the responsive information already provided.  This shall be provided within two weeks.

David Lane asks the court to speak with Mr. Santiago in the courtroom after the court recesses.  Mr. Lane's request is DENIED.  Mr. Lane may speak with Mr. Santiago in the holding cell with the Marshals' consent.

| | |
|---|---|
| **12:13 p.m.** | IN RECESS |
| **1:41 p.m.** | IN SESSION |

**ORDERED:** Government counsel must provide an index providing the bates numbers and where the documents can be found for documents that have been produced in another form that are responsive to request #46.  This shall be produced within two weeks.

To the extent the government has produced SIS reports on Mr. Santiago and anyone else in the yard, they must submit those to the court under seal.

The court will issue a written ruling on *Defendant Santiago's MOTION [598] for Specific Discovery* at a later date.

If Mr. Santiago needs hard copies of documents, he must file a motion.  Discussion regarding *MOTION [985] for Protective Order for All Documents.*

**ORDERED:** *MOTION [985] for Protective Order for All Documents* is **DENIED without prejudice.**  The previous protective order entered by Judge Blackburn remains in place.

Mr. Santiago addresses the court in regards to preparing files for trial.  Ms. Spencer states this issue has already been addressed by Judge Blackburn.

**ORDERED:** The defendant shall complete a review of his discovery requests within two weeks.

Mr. Santiago states that not all of the materials that were ordered to be returned to him were returned.

**ORDERED:** The BOP shall file a motion regarding the remaining documents that were not returned to Mr. Santiago no later than June 12, 2015.

HEARING CONCLUDED.

**Court in recess: 03:28 p.m.**
Total time in court: 04:44

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.