IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00164-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD SANTIAGO,

    Defendant.

# ORDER

**Blackburn, J.**

The matter is before me *sua sponte*. On March 27, 2015, I entered an **Order** [#1046][1] granting that portion of **Defendants Santiago's Motion To Attend (in Person) Trial of Silvestre Mayorqui Rivera And To Receive Transcripts of Trial Proceedings** [#975] which requested a transcript of the proceedings conducted during the trial of Sylvestre Mayorqui-Rivera. Order at 5, ¶ 1.b. The trial of Mr. Rivera is completed, as that term is defined in the order. *Id.* at n. 8. Thus, this order is entered to provide the trial transcript to Mr. Santiago.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That as soon as practicable, a transcript in the form of a compact disk (CD) of the proceedings conducted during the trial of Sylvestre Mayorqui-Rivera from and including April 6, 2015, through and including April 21, 2015, shall be provided to the defendant, Richard Santiago;

    2. That the CD containing the trial transcript shall be provided by the court reporter

---

[1] "[#1046]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order

to counsel for the government, who, in turn, shall submit it to the appropriate official(s) within the Bureau of Prisons for delivery to the defendant, Richard Santiago;

      3.  That access to and use of the CD containing the trial transcript by the defendant, Richard Santiago, shall be subject to the plan of computer access and use specified and approved in the **Order** [#977] entered December 29, 2014; and

      4.  That the court reporter shall be compensated in the manner prescribed by law.

Dated December 1, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge